OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0002003152 FEB 09 2015
$ 00.26⁵
PITNEY BOWES
MAILED FROM ZIPCODE 78701

2/4/2015

GREEN, BUDDY DELBERT    Tr. Ct. No. 114-0218-07-A                    WR-78,655-02

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

BUDDY DELBERT GREEN
TAYLOR COUNTY JAIL
910 SOUTH 27TH STREET
ABILENE, TX 79602